# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 31, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159464

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* PROCTOR-BRISCOE, Minors.

SC: 159464
COA: 345231
Oakland CC Family Div:
2017-851779-NA

_____/

On order of the Court, the application for leave to appeal the March 21, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 31, 2019



a0528

Clerk